JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CARRIE COUSER; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

Plaintiff,

v.

**SIDETICK, LLC, ET AL.**

Defendant.

Case No.: 5:14-cv-00968-PA-SP

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND PUTATIVE CLASS CLAIMS PURSUANT TO FRCP 41(A)**

Based upon the Parties' Joint Stipulation For Dismissal, and good cause, this Court hereby orders Plaintiff's individual claims and the putative class claims be dismissed WITHOUT PREJUDICE. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL